IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 24-374 |
| | : | |
| TYREE THOMAS | : | |

## **ORDER**

AND NOW, this 23rd day of December, 2025, upon consideration of the Defendant Tyree Thomas's Motion to Suppress (Dkt. No. 30), responses thereto, and oral hearings— and for the reasons stated in the accompanying memorandum—it is ORDERED the Motion is DENIED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.